## JOINT PROPOSED ORDER APPROVING
## STIPULATED CONFIDENTIALITY AND PROTECTIVE AGREEMENT

**SO ORDERED**, this ____day of _____, 2023.

_____
THE HONORABLE _____

Copies furnished:
All counsel of record