# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | CIVIL ACTION NO.: 4:22-cv-40158-DJC |
| Plaintiff, | |
| v. | July 25, 2023 |
| HANOVER INSURANCE GROUP, INC. f/k/a Allmerica Financial Corporation, | |
| Defendant. | |

## AGREEMENT TO BE BOUND BY STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

The undersigned hereby acknowledges that he/she has read the Stipulated Confidentiality and Protective Order in the above-captioned action and attached to this Agreement, understands its terms, and agrees to be bound by its terms.  The undersigned submits to the jurisdiction of the District of Massachusetts for the purpose of proceedings relating to my performance under, compliance with or violation of the Confidentiality and Protective Order.

The undersigned understands that the terms of the Stipulated Confidentiality and Protective Order obligate him/her to use materials designated as "CONFIDENTIAL" or substantially equivalent language, in accordance with the Stipulated Confidentiality and Protective Order solely for purposes of the above-captioned action.  The undersigned shall not disclose any information contained in materials designated as "CONFIDENTIAL" to any other person or entity.

The undersigned agrees that at the conclusion of the litigation, he/she will return all confidential information to the party or attorney from whom he/she received it.

The undersigned understands that disclosure of information designated

- 13 -

"CONFIDENTIAL" in violation of the Confidentiality and Protective Order may constitute contempt of court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____

Printed Name: _____

Signature: _____